UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:21-CR-35 |
| v. | ) | |
| | ) | JUDGE VARLAN |
| MARUN M. HENDERSON | ) | U.S. Magistrate Judge Poplin |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this motion to unseal the Indictment as to the above-referenced defendant. The defendant is in custody and a copy of the indictment needs to be provided to the defendant and counsel.

Respectfully submitted, this the 6th day of April, 2021.

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

By: *s/Brent N. Jones*
BRENT N. JONES, TN BPR #025946
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Brent.jones@usdoj.gov